# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TEMPLE HARDY and IKE HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO: 07 C 3336 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | JUDGE LEFKOW |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiffs, TEMPLE HARDY and IKE HARDY, by their attorney, Law Offices of Jeffrey J. Neslund; Defendant, CITY OF CHICAGO, by Mara S. Georges, Corporation Counsel of the City of Chicago; Defendant, JOHN BURZINSKI, by one of his attorneys, Jonathan Clark Green, Assistant Corporation Counsel for the City of Chicago; Defendant JEROME FINNIGAN, by his attorneys, Ungaretti & Harris, LLP; Defendant FRANK VILLAREAL, by his attorneys, LaMantia Law Associates, and, Defendant MARGARET HOPKINS, by her attorneys, Law Offices of Joseph V. Roddy, and the Plaintiff and the City of Chicago having entered into a Release and Settlement Agreement containing a general and complete release of all defendants for all claims related to this matter in exchange for a lump-sum payment of a settlement amount solely by the City of Chicago on behalf of all defendants, and a Stipulation to Dismiss to that effect having been filed, the Court, finding them to be fair and reasonable, and being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiffs, TEMPLE HARDY and IKE HARDY, against defendants, CITY OF CHICAGO, JOHN BURZINSKI, JEROME FINNIGAN,

1

MARGARET HOPKINS, and FRANK VILLAREAL, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
JOAN HUMPHREY LEFKOW
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

DATED: OCT 1 8 2007