IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TEMPLE and IKE HARDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO: 07 C 3336 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | JUDGE LEFKOW |
| | ) | |
| Defendants. | ) | |

## CORRECTED STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiffs and the City of Chicago, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed in this matter which contains a general and complete release of all claims related to this litigation for all defendants in exchange for a lump-sum settlement amount to be paid solely by the City of Chicago on behalf of all defendants, and, therefore, this cause should be dismissed

1

with prejudice for all parties in accordance with the terms of the Release and Settlement Agreement and the Corrected Agreed Order of Dismissal.

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
on behalf of all defendants
for purposes of lump-sum settlement amount
to be paid in exchange for general release
of all defendants in this matter by plaintiff

_____
Jeffrey J. Neslund
Attorney for Plaintiffs,
MICHAEL TEMPLE and IKE HARDY
150 North Wacker Drive, Suite 2460
Chicago, Illinois 60606
(312) 223-1100
Attorney No.: 6215115
DATE: 12-4-07

By: _____ (for P.M. George)
Chief Ass't ~~Penelope M. George~~ David J. Seery
~~Senior~~ Counsel
30 North LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) ~~742-0116~~ 744-9210
Atty. No. ~~06194201~~ 06190904
DATE: 12/6/07

2